UNITED STATES *v.* TRICO PRODUCTS CORP.

No. 4386.—

Entered at Buffalo, N. Y., December 23, 1936.
Entry No. 3434.

(Decided September 15, 1938)

*Charles D. Lawrence,* Acting Assistant Attorney General (*Richard E. FitzGibbon,* special attorney), for the plaintiff.
Defendant not represented by counsel.

BROWN, Judge: This is a collector's appeal to reappraisement from the entered value of an importation from London, England, on December 3, 1936, consisting of direction indicators and "safetisigns" entered in bulk at the port of Buffalo, N. Y., on a *pro forma* invoice at the entered value of $426.40 and appraised as entered for consumption.

At the hearing at Buffalo on April 25, 1938, it was agreed in open court between the parties hereto that the values contended for by the collector were the correct dutiable values of the merchandise here involved, said values being stated in English currency, to wit, the value of the—

| | |
|---|---|
| Direction Indicators and accessories_____ | 61 pounds, 10 shillings, 6 pence |
| "Safetisigns"_____ | 66 pounds, 6 shillings |
| Total value of the entry packed_____ | 128 pounds, 4 shillings, 6 pence |

I so find and judgment will issue accordingly.